IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTERNATIONAL GOLDEN FOODS, INC., an Illinois corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>DVS AIR & SEA, INC. and TRANSGLORY TUNIS,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)  Case No. 09 CV 3875<br>)<br>)  Judge James Zagel<br>)<br>)<br>) |

## NOTICE OF MOTION

TO:   Shari L. Friedman                         Richard L. Furman
        Robert L. Reeb                           CARROLL, McNULTY & KULL
        MARWEDEL, MINICHELLO & REEB, P.C.   570 Lexington Ave., 10th Floor
        10 S. Riverside Plaza, Suite 720           New York, NY 10022
        Chicago, IL 60606

PLEASE TAKE NOTICE that on August 10, 2010, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge James Zagel or any judge sitting in his stead at 10:15 a.m., in Courtroom No. 2503 of the U.S. District Court, Illinois and shall present the following motion attached hereto:

**Motion to Reconsider and Vacate Order(s) of Dismissal of June 24, 2010, said Orders to Become Final, with Prejudice, after June 29, 2010, for Good Cause Shown, and to Reinstate said Cause Pursuant to 42 U.S.C. Rules 59, 60(b) and 14**

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2010, I provided service to the person or persons listed above by the following means: Electronic Filing

                                                          /s/ Joseph M. Williams

JOSEPH M. WILLIAMS
Attorney for Plaintiff
810 N. Arlington Heights Road
Itasca, Illinois 60143
(630) 346-4472
Attorney No. 03128789